AO 199A (Rev. 12/11- EDCA [Fresno]) Order Setting Conditions of Release          Page 1 of ___3___ Pages

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California

**FILED**

**NOV 2 4 2014**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | |
| | ) | Case No.    1:14-cr-00141-AWI-BAM |
| VERONDA CREASY, | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

   The defendant must appear at:   U.S. District Court, 2500 Tulare Street, Fresno, CA 93721
   _____
   *Place*

   on _____1/26/2015 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe_____
   *Date and Time*

   If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance and Compliance Bond, if ordered.

## NOTE: The defendant shall be released to the custody of WestCare staff on Wednesday 11/26/2014 at 10:00 a.m.

AO 199B  (Rev. 09/08- EDCA [Fresno]) Additional Conditions of Release (**General**)                                                  Page 2 of 3 Pages

**CREASY, Veronda**
**Doc. No. 1:14-CR-141-2**

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☐    (6)     The defendant is placed in the custody of:

          Name of person or organization

     who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

         SIGNED: _____
                      CUSTODIAN

☑    (7)     The defendant shall:

☑       (a)    report on a regular basis to the following agency:
                Pretrial Services and comply with their rules and regulations;

☑       (c)    cooperate in the collection of a DNA sample;

☑       (d)    travel restricted to Fresno County, unless otherwise approved in advance by PSO;

☑       (e)    report any contact with law enforcement to your PSO within 24 hours;

☑       (f)    not associate or have any contact with Touch Peang, Bruce Hunt, and Juventino Galindo, Jr., unless in the presence of counsel or otherwise approved in advance by the PSO;

☑       (g)    refrain from possessing a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition, currently under your control;

☑       (h)    submit to drug or alcohol testing as approved by the Pretrial Services Officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the Pretrial Services Officer;

☑       (i)    refrain from any use of alcohol, or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medical marijuana, prescribed or not, may not be used;

☑       (j)    not obtain a passport or other traveling documents during the pendency of this case;

☑       (k)    participate in the substance abuser treatment program at WestCare California, Inc., and comply with all the rules and regulations of the program. You shall remain at WestCare California, Inc. inpatient facility until released by the pretrial services officer; A responsible party approved by Pretrial Services, shall escort you to all required court hearings and escort you back to the program upon completion of the hearing;

☑       (l)    upon successful completion of WestCare California, Inc. you shall reside at an address approved by Pretrial Services and you shall not change your residence or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;

☑       (m)    upon successful completion of WestCare California, Inc. you shall reside at an address approved by Pretrial Services and you shall not change your residence or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;

☑       (n)    participate in a cognitive behavior treatment program as directed by the PSO. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office; and,

☑       (o)    be advised that a bail review hearing shall be calendared prior to her discharge from inpatient drug treatment at WestCare California, Inc.

## USMS SPECIAL INSTRUCTIONS:

☑       (p)    Your release on bond shall be delayed until 10:00 am on Wednesday, November 26, 2014, at which time and date you shall be released directly to staff of WestCare California, Incorporated.

14cr141

AO 199C (Rev. 09/08 EDCA [Fresno]) Advice of Penalties    Case 1:14-cr-00141-AWI-BAM    Document 53    Filed 11/24/14    Page 3 of 3       Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.

Date:  11-24-14

_____
*Judicial Officer's Signature*

Gary S. Austin, U.S. Magistrate Judge
*Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL