# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                    Plaintiff,<br><br>          v.<br><br>**VERONDA CREASY**<br><br>                    Defendant. | CR NO:   1:14-CR-00141 AWI-BAM (002) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee: VERONDA CREASY
Detained at: Fresno County Jail
Detainee is:   a.) ☒ charged in this district by:  ☒ Indictment  ☐ Information  ☐ Complaint
                         charging detainee with: _____
      or       b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.) ☒ return to the custody of detaining facility upon termination of proceedings
      or         b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on August 10, 2015, at 1:00 p.m. in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Melanie L. Alsworth |
| Printed Name & Phone No: | MELANIE L. ALSWORTH |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on August 10, 2015, at 1:00 p.m.**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: August 4, 2015

/s/ *Barbara A. McAuliffe*
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☐ Male | ☒ Female |
| Booking or CDC #: | 1524273 | DOB: | |
| Facility Address: | 1255 M Street, Fresno, CA | Race: | |
| Facility Phone: | (559) 457-6358 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____
                                            (signature)