# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **VERONDA CREASY** Defendant. | CR NO: 1:14-CR-00141 AWI-BAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: VERONDA CREASY
Detained at: Fresno County Jail
Detainee is: a.) ☐ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: _____
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary [FORTHWITH] or [on November 2, 2015, 10:00 a.m.] in the Eastern District of California.*

Signature: /s/ Melanie L. Alsworth
Printed Name & Phone No: MELANIE L. ALSWORTH (559) 497-4098
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☐ Ad Prosequendum    ☒ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**FORTHWITH**] or [**on November 2, 2015 at 10:00 a.m.**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: October 29, 2015

/s/ Barbara A. McAuliffe
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | |
|---|---|
| AKA(s) (if | ☐ Male  ☒ Female |
| Booking or CDC #: 1524273 | DOB: |
| Facility Address: | Race: |
| Facility Phone: | FBI#: |
| Currently | |

## RETURN OF SERVICE

Executed on: _____
(signature)